# CRIMINAL COMPLAINT

| | District |
|---|---|
| **UNITED STATES DISTRICT COURT** | **ARIZONA** |

| UNITED STATES OF AMERICA<br>V.<br>**Heriberto SALAZAR-Torres**<br>Year of Birth: **1988**<br>Country of Citizenship: **Mexico**<br>**A087 451 931**<br>Case Control # **PTCA100801709** | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>**10-05322M** |

FILED ___ LODGED ___
RECEIVED ___ COPY ___
AUG 2 6 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Complaint for violation of Title **8** United States Code § **1326 (b)(2)**

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>**United States Magistrate Judge** | LOCATION<br>**Tucson, Arizona** |
|---|---|---|

| DATE OF OFFENSE<br>On or about<br>**August 24, 2010** | PLACE OF OFFENSE<br>At or near<br>**Sweetwater, Arizona** | ADDRESS OF ACCUSED (if known)<br>**Nayarit, Mexico** |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about August 24, 2010, at or near Sweetwater, Arizona, in the District of Arizona, Heriberto SALAZAR-Torres, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on April 2, 2010, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), enhanced by Title 8, United States Code, Section 1326 (b)(2).

BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:

Heriberto SALAZAR-Torres is a citizen of Mexico. On April 2, 2010, Heriberto SALAZAR-Torres was lawfully denied admission, excluded, deported, and removed from the United States through El Paso, Texas. On August 24, 2010, agents found Heriberto SALAZAR-Torres in the United States at or near Sweetwater, Arizona. Heriberto SALAZAR-Torres did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THIS CHARGE
Border Patrol Agents(s) **NELSON, Brent W.**

DETENTION REQUESTED
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
AUTHORIZED BY AUSA MSF

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
**Border Patrol Agent**

Sworn to before me and subscribed in my presence,
SIGNATURE OF MAGISTRATE JUDGE (1)

DATE
**August 26, 2010**

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91 (Rev. 11/82)