**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - TUCSON**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 8/26/2010   CASE NUMBER: 10-05322M-(HCE)

USA vs. HERIBERTO SALAZAR-TORRES

U.S. MAGISTRATE JUDGE: BERNARDO P. VELASCO   Judge #: 70BJ

U.S. Attorney: Brian Sardelli (duty)   INTERPRETER REQ'D: Patrick O'Connor

Attorney for Defendant: ___

INITIAL APP: ☒ HELD   DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☐ RELEASED   ☒ CUSTODY

☒ Complaint Filed   ☒ DOA 8/24/10
☐ Warrant Other District
☐ Warrant Phx Div.
☐ Financial Afdvt taken
☐ No Financial Afdvt taken
☐ Counsel waives reading of the Complaint/Indictment
☐ ORDER Indictment/Complaint unsealed

☒ Defendant states true name to be SAME.
Further proceedings Ordered in defendant's true name.

☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
is ☒ Granted ☐ Denied

☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☒ § 3142(f) ☐ § 3142(d)

PSA recommends _____ ; Gov't ☐ concurs ☐ objects

GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| **DETENTION HEARING**: ☐ Held ☐ Cont'd ☐ UA<br>Set for: 8/30/2010 at 10:30 AM<br>before: MAGISTRATE JUDGE PYLE | **PRELIMINARY HEARING**: ☐ Held ☐ Waived<br>Set for: 8/30/2010 at 10:30 AM<br>before: MAGISTRATE JUDGE PYLE |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ Probable cause found ☐ Held to answer before Dist. Court |
| ☐ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| **ARRAIGNMENT** Set for                           before: | |

OTHER: _____

Recorded by Courtsmart   IA: 0
BY: Tiffany Dame
Deputy Clerk