**UNITED STATES DISTRICT COURT** — **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - TUCSON**

DATE: 8/30/2010     CASE NUMBER: 10-05322M-(HCE)

USA vs. HERIBERTO SALAZAR-TORRES

U.S. MAGISTRATE JUDGE: MAGISTRATE CHARLES R. PYLE   Judge #: 70BM

U.S. Attorney: Anca Pop for Monte Clausen     INTERPRETER REQ'D: Joyce Garcia

Attorney for Defendant: Wanda K. Day (Appointed)

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☐ RELEASED   ☒ CUSTODY

☐ Complaint Filed   ☐ DOA _____   ☐ Warrant Other District   ☐ Financial Afdvt taken
☐ Warrant Phx Div.   ☐ No Financial Afdvt taken
☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____. Further proceedings Ordered in defendant's true name.

**MATERIAL WITNESS(ES)**: _____
**It is ordered that _____ is appointed as attorney for Material Witness(es).**

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
    is ☐ Granted ☐ Denied
☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends: detention ; Gov't ☒ concurs ☐ objects
GOVERNMENT recommends: detention
☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____
☐ Defendant signed Order Setting Conditions of Release and released on _____

| **DETENTION HEARING**: ☒ Held ☐ Cont'd ☐ UA<br>Set for:<br>before: | **PRELIMINARY HEARING**: ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☒ Granted ☐ Denied | ☐ Probable cause found ☒ Held to answer before Dist. Court |
| ☒ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| **ARRAIGNMENT**   Set for          before: | |

OTHER: THE MAGISTRATE CASE REFERRAL IS: JUDGE ESTRADA. ALL FILINGS IN THIS CASE SHOULD REFLECT THE FOLLOWING CASE NUMBER: 10-05322M-(HCE). Wanda K. Day is appointed as attorney of record for defendant.

Recorded by Courtsmart      DH: 0
BY: Gloria McInroy          PH: 0
Deputy Clerk                Atty Appt: 0