| | |
|---|---|
| 1 | DENNIS K. BURKE |
| | United States Attorney |
| 2 | District of Arizona |
| | MATTHEW C. CASSELL |
| 3 | Assistant U.S. Attorney |
| | United States Courthouse |
| 4 | 405 W. Congress St., Suite 4800 |
| | Tucson, Arizona 85701-5040 |
| 5 | Telephone: (520) 620-7300 |
| | Email: matthew.cassell@usdoj.gov |
| 6 | Attorneys for Plaintiff |

FILED

2010 SEP 22 P 3:08

RICHARD H. WEARE, CLERK
U.S. DIST. COURT FOR THE
DISTRICT OF ARIZONA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Heriberto Salazar-Torres,
aka Gabriel Torres-Gomez,

    Defendant.

CR10-2487 TUC DCB/HCE

**INDICTMENT**

Violations: 8 U.S.C. § 1326 (enhanced by 8 U.S.C. § 1326(b)(2))

(Re-Entry After Deportation)

**THE GRAND JURY CHARGES:**

On or about August 24, 2010, at or near Pia Oik, in the District of Arizona, Heriberto Salazar-Torres, aka Gabriel Torres-Gomez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Del Rio, Texas on or about April 2, 2010, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326(b)(2).

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney



SEP 22 2010

REDACTED FOR PUBLIC DISCLOSURE