```
                        FILED ____    ____ LODGED
                        ____ RECEIVED ____ COPY

                              OCT 20 2010

                        CLERK U S DISTRICT COURT
                          DISTRICT OF ARIZONA
                        BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         )<br>         Plaintiff, )<br>   vs.   )<br>         )<br>Heriberto Salazar-Torres )<br>         )<br>         Defendant. )<br>_____ ) | CR 10-2487-TUC-DCB(HCE)<br><br>CONSENT OF DEFENDANT<br>AND<br>ORDER OF REFERRAL |

### ORDER OF REFERRAL

Defendant Heriberto Salazar-Torres having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge Estrada to administer the allocution pursuant to Rule 11, F.R.Crim.P., and to make findings as follows:

(A)   whether defendant (1) is competent to enter a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:

(B)   whether the plea of guilty should be accepted by the District Court.

The Magistrate Judge is requested to use the allocution drafted and used by the Court in taking a guilty plea.

SO ORDERED:

_____
U.S. District Judge

### CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge.

I consent to the above referral:

X Salazar Torres Heriberto
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED: 10/20/10