(Notice.Related.Cases8/2007)

# UNITED STATES PROBATION
## DISTRICT OF ARIZONA

### NOTICE OF RELATED CASES



Defendant **TORRES-GOMEZ, Gabriel**   Docket No: 11-CR-50009-DCB
(Aka: Heriberto Salazar-Torres)

*Revocation Proceedings*

Local Rule Criminal 5.1(a), refers to the matter of a defendant charged with a new crime and currently on supervised release, stating the new case shall be assigned to the Judge presiding over the revocation proceedings.

Local Rule Criminal 5.3 [see Rule 42.1(a)(1), Local Rules of Civil Procedure], refers to reassignment of cases when two or more cases are pending before different District Judges and such cases are related and would entail substantial duplication of labor if heard by different District Judges. In this situation, the matter is to be heard by the District Judge assigned to the case with the lowest number.

The Probation Office for the District of Arizona hereby notifies the Clerk's Office that:

The above named defendant is pending charges in 10CR02487-001-TUC-DCB(HCE) which has been assigned to the Honorable David C. Bury. Transfer of jurisdiction paperwork has been received from the District of New Mexico and violation proceedings will be initiated in the District of Arizona. The Clerk of the Court is requested to assign the transfer of jurisdiction case to the Honorable David C. Bury.

U. S. Probation Officer Assistant

January 7, 2011
Date

COURT/ CLERK'S OFFICE/ FILE/ AUSA/ DEFENSE

